United States District Court
For the Northern District of California

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELEANOR LINDQUIST,                                    No. C 06-06822 WHA

            Plaintiff,

    v.                                                **REQUEST**

ANN CHAPMAN, ROBERT VANDEN BOS,
VANDEN BOS & CHAPMAN, A Law Firm,
JEFF PAYNE, IAN R. YOURTZ, JEFFREY
C. LINDQUIST and FIRST DOE THROUGH
TENTH DOE, Inclusive,

            Defendants.
_____/

      The Court has received plaintiff's application to proceed *in forma pauperis*.  By
**DECEMBER 20, 2006**, plaintiff should submit a sworn declaration informing the Court how she
is able to retain Mr. Nash as her attorney yet unable to pay the filing fee.

      Additionally, this case has been designated for electronic filing.  According to the
Clerk's records, however, Mr. Nash has not registered for electronic filing.  By December 20,
Mr. Nash should inform the Court in writing whether this case should proceed as an e-file case
under General Order 45.

      **IT IS SO ORDERED.**

Dated:  December 12, 2006

                                        WILLIAM ALSUP
                                        UNITED STATES DISTRICT JUDGE