**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELEANOR LINDQUIST

      Plaintiff,
  v.

ANN CHAPMAN

      Defendant.
                                /

NO. CV 06-06822 WHA

**ORDER REMOVING CASE FROM E-FILING PROGRAM**

The Court has received Mr. Nash's letter dated December 20, 2006. In light of the representations made therein, the Court orders that this case be removed from the e-filing program. All parties are instructed henceforth to file documents in paper form with the Clerk's Office.

Dated: December 21, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE