**United States District Court**
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

ELEANOR LINDQUIST,

    Plaintiff,

  v.

ANN CHAPMAN,

    Defendant.
                                                /

No. C 06-06822 WHA

**REQUEST RE APPLICATION TO PROCEED** *IN FORMA PAUPERIS*

By **JANUARY 3, 2007**, counsel John Nash is ordered to provide authority that a party represented by counsel can nonetheless qualify to proceed *in forma pauperis* due to the fact that the lawyer is representing the party on a contingent fee basis. Ordinarily the lawyer advances all costs. Please provide authorities.

**IT IS SO ORDERED.**

Dated: December 21, 2006

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE