IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR LINDQUIST,<br><br>    Plaintiff,<br><br>  v.<br><br>ANN CHAPMAN, ROBERT VANDEN BOS, VANDEN BOS & CHAPMAN, A Law Firm, JEFF PAYNE, IAN R. YOURTZ, JEFFREY C. LINDQUIST and FIRST DOE THROUGH TENTH DOE, Inclusive,<br><br>    Defendants. | No. C 06-06822 WHA<br><br>**ORDER STRIKING FIRST AMENDED COMPLAINT** |

    This order **STRIKES** the first amended complaint filed by plaintiff on February 7, 2007. Plaintiff is reminded that any motion for leave to amend must be filed by **NOON** on **FRIDAY, FEBRUARY 23, 2007.**

    **IT IS SO ORDERED.**

Dated: February 9, 2007.

                                          WILLIAM ALSUP<br>
                                          UNITED STATES DISTRICT JUDGE