IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR LINDQUIST,<br><br>    Plaintiff,<br><br>  v.<br><br>ANN CHAPMAN, ROBERT VANDEN BOS, VANDEN BOS & CHAPMAN, A Law Firm, JEFF PAYNE, IAN R. YOURTZ, JEFFREY C. LINDQUIST and FIRST DOE THROUGH TENTH DOE, Inclusive,<br><br>    Defendants.<br>                                        / | No. C 06-06822 WHA<br><br>**ORDER RE AMENDED COMPLAINT** |

      The Court has received Mr. Nash's letter dated February 10, 2007. Mr. Nash is correct insofar as Federal Rule of Civil Procedure 15(a) permits a party to amend the pleading "once as a matter of course at any time before a responsive pleading is served." As such, this order **VACATES** *only* the portion of the February 6 order that required plaintiff to request leave to file an amended complaint. The remainder of that order stands. Furthermore, the order dated February 9, 2007, that struck plaintiff's amended complaint also stands. Any amended complaint must be filed by **NOON** on **FEBRUARY 23, 2007.** In amending the complaint plaintiff should carefully consider the reasons for dismissal stated in the February 6 order.

    **IT IS SO ORDERED.**

Dated: February 12, 2007.



WILLIAM ALSUP  
UNITED STATES DISTRICT JUDGE