IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELEANOR LINDQUIST, | No. C 06-06822 WHA |
| Plaintiff, | |
| v. | **NOTICE RE VOICEMAILS BY PLAINTIFF** |
| ANN CHAPMAN, et al., | |
| Defendants. | |

Ms. Lindquist has left several messages with the Clerk inquiring whether the Court would refer Mr. Yourtz to the state bar. The Court has reviewed the parties' filings and determined that no referral to the state bar is necessary at this time. Ms. Lindquist should not inquire about this further.

Ms. Lindquist has also alleged in a voicemail to the Clerk that the court reporter's transcript was inaccurate. This is not a proper motion. It will be ignored. Even assuming that the Court has jurisdiction (Ms. Lindquist having appealed the dismissal of this case), Ms. Lindquist would have to file a proper motion to seek relief based on any alleged inaccuracy of the transcript.

**IT IS SO ORDERED.**

Dated: August 28, 2007.

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE